McGREGOR W. SCOTT
United States Attorney
DEBORA G. LUTHER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2720

Attorneys for Defendants
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FLORES and RUBEN FLORES,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL HEALTH SERVICES, INC.,<br>MIGUEL LASCANO, M.D., *et al.*,<br><br>  Defendants. | Case No. 1:06-cv-00170 REC/SMS<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiffs PATRICIA FLORES and RUBEN FLORES hereby DISMISS their lawsuit in its entirety without prejudice.  Each side shall bear their own attorney fees and costs of this action.

DATED: April 4, 2006                SCOLINOS, SHELDON & NEVELL

                                /s/ Daniel G. Sheldon
                        By: _____
                              DANIEL G. SHELDON
                        Attorneys for Plaintiffs PATRICIA and
                        RUBEN FLORES

DATED: April 4, 2006                McGREGOR W. SCOTT
                        United States Attorney

                                /s/ Debora G. Luther
                        By: _____
                              DEBORA G. LUTHER
                        Assistant U.S. Attorney
                        Attorneys for Defendant
                        UNITED STATES OF AMERICA

1

DATED: April 4, 2006                              BAKER, MANOCK & JENSEN

                                                  /s/ Richard S. Salinas
                                                  By_____
                                                  Richard S. Salinas
                                                  Attorneys for Defendant MIGUEL
                                                  LASCANO, M.D.

<u>ORDER</u>

IT IS SO ORDERED.

DATED: ___4/6/2006_____        /s/ ROBERT E. COYLE
                                       ROBERT E. COYLE
                                       United States District Court Judge